IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Coscino, Matthew | Case Number: 07 B 12846 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 03/17/09 | Filed: 7/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 4, 2009
Confirmed: October 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,460.00 | |
| Secured: | | 3,578.60 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,552.54 |
| Trustee Fee: | | 328.86 |
| Other Funds: | | 0.00 |
| Totals: | 5,460.00 | 5,460.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James A Young | Administrative | 3,000.00 | 1,552.54 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Green Point Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Moon Lake Village Condo Association | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Auto Finance | Secured | 11,923.09 | 3,578.60 |
| 6. | GMAC Mortgage Corporation | Secured | 920.47 | 0.00 |
| 7. | Green Point Mortgage Corp | Secured | 1,035.45 | 0.00 |
| 8. | Capital One | Unsecured | 797.11 | 0.00 |
| 9. | Aspire Visa | Unsecured | 660.44 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 53.67 | 0.00 |
| 11. | Wells Fargo Auto Finance | Unsecured | 0.00 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 130.50 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 138.82 | 0.00 |
| 14. | Sprint Nextel | Unsecured | 72.35 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 2,655.01 | 0.00 |
| 16. | RJM Acquisitions LLC | Unsecured | 43.01 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 343.90 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 2,297.79 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 80.26 | 0.00 |
| 20. | Moon Lake Village Condo Association | Unsecured | 584.66 | 0.00 |
| 21. | Portfolio Recovery Associates | Unsecured | 334.83 | 0.00 |
| 22. | Christine Coscino | Priority | | No Claim Filed |
| 23. | Sandy Stermer | Priority | | No Claim Filed |
| 24. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 25. | Chicago Tribune | Unsecured | | No Claim Filed |
| 26. | Chase | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Coscino, Matthew

Printed: 03/17/09

Case Number:  07 B 12846
Judge:  Squires, John H
Filed:  7/18/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Daily Herald | Unsecured | | No Claim Filed |
| 28. TCF Bank | Unsecured | | No Claim Filed |
| | | $ 25,071.36 | $ 5,131.14 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 136.08 |
| 6.5% | 81.90 |
| 6.6% | 110.88 |
| | $ 328.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*